%AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern District of Florida

UNITED STATES OF AMERICA

vs.

Narseal Batiste, et al.,

Defendants.

**WARRANT FOR ARREST**

Case Number: 06-20373-CR-LENARD/KLEIN

FILED by _____ D.C.
MAG. SEC.
JUN 2 2 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   NAUDIMAR HERRER, a/k/a "Brother Naudy"
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation  ☐ Supervised Release Violation  ☐ Violation Notice

charging him or her with (brief description of offense)
Conspiracy to provide material support to a foreign terrorist organization, Conspiracy to provide material support to terrorists, Conspiracy to destroy buildings by explosives, and Seditious conspiracy

in violation of ____18____ United States Code, Section(s) ____2339B, 2339A, 844(n), 2384____

Clarence Maddox                                    Court Administrator • Clerk of Court
Name of Issuing Officer                            Title of Issuing Officer

[signature]                                        6/22/06, Miami, FL
Signature of Issuing Officer                       Date and Location

Bail fixed at $ _____                 by _____
                                                      Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Case 1:06-cr-20373-JAL    Document 7    Entered on FLSD Docket 06/26/2006    Page 2 of 3

AO 142    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:    NAUDIMAR HERERRA

ALIAS:    Brother Naudy

LAST KNOWN RESIDENCE:    6262/6260 NW 15th Ave., Miami, FL

LAST KNOWN EMPLOYMENT:    Azteca Stucco and Masonary

PLACE OF BIRTH:    Florida

DATE OF BIRTH:    12/12/83

SOCIAL SECURITY NUMBER:    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

HEIGHT:    5' 7"                                    WEIGHT:    140

SEX:    Male                                          RACE:    Black

HAIR:    Black                                        EYES:    Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:    Dreadlocks


FBI NUMBER:    187984NBO

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS:    FBI - 16320 NW 2nd Ave., Miami, FL 33169

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### BOND RECOMMENDATION

DEFENDANT: <u>NAUDIMAR HERRERA, a/k/a "Brother Naudy"</u>

<u>PRE-TRIAL DETENTION</u>

(Surety) (Recognizance) (Corp. Surety) (Cash) (Jail)
(CSB) (No Bond) (Warrant) (Summons) (Marshal's Custody)

By: _____
JACQUELINE ARANGO
ASSISTANT UNITED STATES ATTORNEY

Last Known Address: _____

What Facility: _____

Agent(s):     <u>John Stewart, FBI</u>
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (CUSTOMS)   (**OTHER**)