


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*MIAMI DIVISION*

UNITED STATES OF AMERICA,

                Case No. 06-20373-Cr-LENARD

   Plaintiff,       VOLUME 1

vs.               MIAMI, *FLORIDA*
                  June 30, 2006

NARSEAL BATISTE, a/k/a
Brother Naz, a/k/a Prince
Manna, et al.,

   Defendants.

---

**TRANSCRIPT OF PRETRIAL DETENTION HEARING**
**BEFORE THE HONORABLE TED E. BANDSTRA,**
**UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

                *United States Attorney's Office*
                99 N.E. 4th Street
                Miami, Florida 33132
                **BY: JACQUELINE M. ARANGO, A.U.S.A.**
                **BY: RICHARD E. GETCHELL, JR., A.U.S.A.**

```
 1   FOR THE DEFENDANT BATISTE:
 2

 3

 4                            Federal Public Defender's Office
                              BY: JOHN W. WYLIE, A.F.P.D.
 5                            159 Flagler Street
                              Miami, Florida 33131
 6

 7

 8   FOR THE DEFENDANT ABRAHAM:

 9

10
                              BY: ALBERT Z. LEVIN, ESQ.
11                            261 N.E. First Street
                              6th Floor
12                            Miami, Florida 33132

13

14
     FOR THE DEFENDANT PHANOR:
15

16

                              Brinkley Darrell & Vereen
                              BY: RODERICK D. VEREEN, ESQ.
                              4770 Biscayne Boulevard
                              Suite 1200
                              Miami, Florida 33131




     FOR THE DEFENDANT HERRERA:




                              BY: RICHARD K. HOULIHAN, ESQ.
                              300 Aragon Avenue
                              Gables International Center
                              Coral Gables, Florida 33134
```

```
 1
 2
 3
 4    FOR THE DEFENDANT BURSON AUGUSTIN:
 5
 6
 7
                       BY: GREGORY A. PREBISH, ESQ.
 8                     Courthouse Plaza
                       28 W. Flagler Street
 9                     Miami, Florida 33130
10
11
12
13    FOR THE DEFENDANT ROTHCHILD AUGUSTINE:
14
15
16
                       BY: NATHAN D. CLARK, ESQ.
17                     17639 S. Dixie Highway
                       Miami, Florida 33157
18
19



         REPORTED BY:  JERALD M. MEYERS, RPR-CM
                       J.M. Court Reporting, Inc.
                       1601 N.W. 109 Terrace
                       Pembroke Pines, Florida 33026-2717
```

STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 06-20373-CR JAL
## DE#112

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.) _____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☒ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____