```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                            MIAMI DIVISION
                 CASE NO. 06-20373-CR-LENARD/TORRES
```

FILED by _____ D.C.
APPEALS
JUL 3 0 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

|                              |                        |
|------------------------------|------------------------|
| UNITED STATES OF AMERICA,    | MIAMI, FLORIDA         |
|        Plaintiff,            | JULY 17, 2007          |
|        vs.                   |                        |
| NARSEAL BATISTE,             |                        |
| PATRICK ABRAHAM,             |                        |
| STANLEY GRANT PHANOR,        |                        |
| NAUDIMAR HERRERA,            |                        |
| BURSON AUGUSTIN,             |                        |
| LYGLENSON LEMORIN,           |                        |
| ROTSCHILD AUGUSTINE,         |                        |
|        Defendants.           |                        |

TRANSCRIPT OF MOTIONS TO SUPPRESS
BEFORE THE HONORABLE EDWIN TORRES,
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE GOVERNMENT:        JACQUELINE M. ARANGO, ESQ.
                           ALLYSON FRITZ, ESQ.
                           RICHARD E. GETCHELL, JR., ESQ.
                           Assistant U. S. Attorneys
                           99 Northeast Fourth Street
                           Miami, FL 33132      306.961.9000

FOR DEFENDANT BATISTE:     ANA MARIA JHONES, ESQ.
                           300 Seville Avenue, Suite 210
                           Coral Gables, FL 33134
                                                305.461.0700

FOR DEFENDANT ABRAHAM:     ALBERT Z. LEVIN, ESQ.
                           261 Northeast First Street
                           6th Floor
                           Miami, FL 33132      305.379.7101